**Edward L. KERNER and Catherine Kerner, his wife**

v.

**Donald G. REXRODE, Appellant.**

Supreme Court of Pennsylvania.

Argued April 28, 1998.

Decided May 19, 1998.

John S. Carnes, Jr., West Chester, for Donald G. Rexrode.

Larry J. Folmar, Norristown, for Edward L. and Catherine Kerner.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

■

**In re Nomination PETITION OF John R. PIPPY for State Representative in the 44th Legislative District.**

**John J. Hiles, Randy W. Schott and John E. Tuite (Objectors).**

**Cross Appeal of John R. PIPPY.**

Supreme Court of Pennsylvania.

Submitted April 30, 1998.

Decided May 19, 1998.

H. Woodruff Turner, James T. Tallman, Pittsburgh, for John R. Pippy.

William M. Sloane, Carlisle, Reizdan B. Moore, Harrisburg, for Hiles, et al.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

AND NOW, this 19th day of May 1998, the Order of the Commonwealth Court dated April 7, 1998 is affirmed.

CAPPY, J., did not participate in this matter.